**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY SHEHEE, | ) | NO. CV 12-10608-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PAUL TANAKA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 26, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE